No. 92–6261.  SIMMONS v. HOWARD, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–6262.  HALL v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 92–6266.  CODY v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 92–6267.  WILLIAMS v. RADER, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–6280.  JOHNSON v. BOWERS, ATTORNEY GENERAL OF GEORGIA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–6288.  ELGENDY v. GOLDMAN.  C. A. 2d Cir.  Certiorari denied.

No. 92–6292.  SUEING v. BROWN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 92–6296.  LUCERO v. MONDRAGON, SECRETARY, NEW MEXICO CORRECTIONS DEPARTMENT.  C. A. 10th Cir.  Certiorari denied.

No. 92–6297.  O'BRIEN v. ROWLAND, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–6298.  LUCIEN v. JONES ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–6299.  NICHOLSON v. HAWK ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 92–6302.  HARRISON v. ELGIN, JOLIET & EASTERN RAILWAY CO. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–6304.  CULLY v. GRACE HOSPITAL ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 92–6307.  COLEMAN v. DELAWARE STATE HOUSING AUTHORITY ET AL.  Sup. Ct. Del.  Certiorari denied.